DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL RAINEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1543

[September 17, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472009CF000434.

Michael Rainey, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***